UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                           2:95-cr-33-FtM-29DNF

ALPHONSO JAMES, SR.
_____

**OPINION AND ORDER**

  This matter comes before the Court on defendant's Motion to Remand Removal Action No Grounds for Removal [28 U.S.C. § 1447(c) (Doc. #274) filed on June 23, 2008.  Attached to the motion are various exhibits.  Defendant also filed an Affidavit of Alphonso James, Sr. Given in Support of Motion to Remand (28 U.S.C. § 1447(c)] (Doc. #275), a Memorandum of Law in Support of Motion to Remand (Doc. #276), a Notice of Inquiry (Doc. #277), and a Notice of Inquiry (Doc. #278).

  Defendant asserts that this case must be remanded to state court because he was arrested by state officers and initially charged in state court, and that his removal to federal court was improper under 28 U.S.C. § 1447(c).  The court file reflects that defendant was named in a federal Indictment (Doc. #1) on May 30, 1995, and therefore his case was not "removed" from state court.  Therefore, 28 U.S.C. § 1447(c) is not applicable to this case.

  Accordingly, it is now

  **ORDERED**:

Defendant's Motion to Remand Removal Action No Grounds for Removal [28 U.S.C. § 1447(c)] (Doc. #274) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of July, 2008.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
Alphonso James, Sr.