UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                          2:95-cr-33-FtM-29DNF

ALPHONSO JAMES, SR.
_____

**OPINION AND ORDER**

     This matter comes before the Court on defendant's Motion for Relief From Void Judgment of the Order Dated April 9, 2002, Entered by John E. Steele, U.S. District Judge (Doc. #272) filed on June 5, 2008, and defendant's Motion to Demand This Court Read All Pleading of Alphonso James, Sr. Files with this Court and Adhere Only to Constitutionally Complaint Law and Case Law, and More Particularly The Bill of Rights in its Ruling of Motion for Relief From Void Judgment of the Order Dated April 9, 2002, Entered by John E. Steele, U.S. Dis. Judge (Doc. #273), filed on June 5, 2008.

    The original Order (Doc. #185), among other things, denied defendant's motion for void judgment for lack of legislative jurisdiction to prosecute defendant in federal court pertaining to the indictment in this case.  The Eleventh Circuit dismissed defendant's appeal (Doc. #191).  Defendant's reliance upon FED. R. CIV. P. 60(b)(4) is misplaced because Rule 60(b) does not provide for relief from judgment in a criminal case, but applies only to civil actions.  United States v. Fair, 326 F.3d 1317 (11th Cir. 2003); United States v. Mosavi, 138 F.3d 1365 (11th Cir. 1998).

Defendant's second motion is moot because the Court always reads defendant's many filings and applies the appropriate law, and has done so to his current motion.

Accordingly, it is now

**ORDERED**:

1.  Defendant's Motion for Relief From Void Judgment of the Order Dated April 9, 2002, Entered by John E. Steele, U.S. District Judge (Doc. #272) is **DENIED.**

2.  Defendant's Motion to Demand This Court Read All Pleading of Alphonso James, Sr. Files with this Court and Adhere Only to Constitutionally Complaint Law and Case Law, and More Particularly The Bill of Rights in its Ruling of Motion for Relief From Void Judgment of the Order Dated April 9, 2002, Entered by John E. Steele, U.S. Dis. Judge (Doc. #273) is **DENIED** as moot.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of July, 2008.

JOHN E. STEELE
United States District Judge

Copies:
AUSA Molloy
Alphonso James, Sr.

-2-