UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  　　　　　　　　　　　　　CASE No: 2:14-cv-243-FtM-29CM
　　　　　　　　　　　　　　　　CASE NO: 2:95-cr-33-FtM-29

ALPHONSO JAMES, SR.

_____

**OPINION AND ORDER**

This matter comes before the Court on petitioner's Motion to Alter or Amend Judgment Entered on May 23, 2014, By John E. Steele U.S. District Judge Received By Petitioner on May 27, 2014 (Cr. Doc. #325) filed on June 2, 2014. Petitioner asserts that the prior Opinion and Order (Cr. Doc. #323) was the product of manifest error. Finding no such error, petitioner's motion is denied.

Accordingly, it is hereby

**ORDERED:**

Petitioner's Motion to Alter or Amend Judgment Entered on May 23, 2014, By John E. Steele U.S. District Judge Received By Petitioner on May 27, 2014 (Cr. Doc. #325) is **DENIED.**

**DONE and ORDERED** at Fort Myers, Florida, this   2nd   day of September, 2014.

_____
JOHN E. STEELE
UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record
Alphonso James, Sr.