```
            UNITED STATES DISTRICT COURT
             MIDDLE DISTRICT OF FLORIDA
                FORT MYERS DIVISION
```

UNITED STATES OF AMERICA

VS.                                      CASE NO: 2:95-cr-33-JES

ALPHONSO JAMES, SR.
_____

### OPINION AND ORDER

This matter comes before the Court on defendant's Writ of Error Coram Nobis (Doc. #335) filed on March 6, 2025. Defendant asks the Court – not for the first time – to vacate his criminal conviction because his 1995 offense was a state case for the same offense, and it is double jeopardy.

Federal courts have authority to issue a writ of coram nobis under the All Writs Act, 28 U.S.C. § 1651. United States v. Mills, 221 F.3d 1201, 1203 (11th Cir. 2000). Whether to grant a writ of coram nobis is committed to the sound discretion of the district court. Alikhani v. United States, 200 F.3d 732, 734 (11th Cir. 2000).

As noted on June 5, 2024, in a ruling on a previously filed Petition for Writ of Coram Nobis, "[t]he Court does not have jurisdiction to consider a request to vacate James's conviction. The Petition is frivolous." (Doc. #333) In the same Order, the Court quoted a January 6, 2009, Order reiterating that "defendant's 1996 judgment is not void, defendant conviction has been upheld on

appeal and collateral review, the Court currently has no jurisdiction to further review the merits of defendant's challenge to the conviction." (Doc. #293 at ¶ 3.)  The Court has repeatedly addressed and rejected the issue as summarized in the Court's May 21, 2018, Order (Doc. #330).  Nothing has changed to alter this conclusion.

Accordingly, it is hereby

**ORDERED:**

Defendant's Writ of Error Coram Nobis (Doc. #335) is **DENIED.**

**DONE and ORDERED** at Fort Myers, Florida, this   2nd   day of April 2025.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of Record