UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                               CASE NO: 2:95-cr-33-JES

ALPHONSO JAMES, SR.

**OPINION AND ORDER**

This matter comes before the Court on defendant's Writ of Error Coram Nobis (Doc. #337) filed on May 19, 2025, seeking to vacate his criminal conviction because his 1995 offense was a state case for the same offense, and it is double jeopardy. The government filed a Response (Doc. #338) on June 2, 2025, arguing that the request is procedurally prohibited. This is the second motion for a writ filed in this criminal case and follows several post-conviction motions raising the same issue. (Docs. ## 308, 330, 333, 336.)

Whether to grant a writ of coram nobis is committed to the sound discretion of the district court. Alikhani v. United States, 200 F.3d 732, 734 (11th Cir. 2000). The Court has repeatedly addressed and rejected the issue. Nothing has changed to alter the conclusion that the Court has no jurisdiction to further review the request to vacate his conviction.

Accordingly, it is hereby

**ORDERED:**

Defendant's Writ of Error Coram Nobis (Doc. #337) is **DENIED**.

**DONE and ORDERED** at Fort Myers, Florida, this __3rd__ day of June 2025.

*/s/ John E. Steele*
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Defendant
Counsel of Record